DAVID ASCIONE, PLAINTIFF-RESPONDENT, v. LUKE J. ANTONACCI AND VELLIA LIGOURI, EXRS., *ETC.*, DEFENDANTS-PETITIONERS.

*Mr. Frank G. Schlosser* for the petitioners.

*Mr. Solomon Weinstein* for the respondent.

October 28, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VALERIO ORTIZ, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the respondent.

October 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. STEPHEN DOUGLAS WARD, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Richard Newman* for the petitioner.

*Mr. Joseph Tuso* and *Mr. N. Douglas Russell* for the respondent.

October 28, 1969. Granted.